

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

May 17, 2023

**VIA ECF**
Honorable Paul J. Oetken
United States District Judge
40 Foley Square
New York, New York 10007-1312

      Re: *United States v. Vashawn Foreman*
          Ind. # 23 Cr. 95 (PJO)

Dear Judge Oetken:

    Mr. Foreman is scheduled for sentencing on May 30, 2023. I am, however, still awaiting certain documents necessary for our sentencing submission, and the final PSR just arrived today. With the government's consent, I am respectfully requesting that the Court adjourn Mr. Foreman's sentencing date until July 11 in the pm, or July 13.

    Thank you for your attention and consideration.

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Foreman

By: Steven Brill

> Granted. Sentencing is adjourned to July 13, 2023, at 11:00 a.m.
> So ordered.
> 5/18/2023

J. PAUL OETKEN
United States District Judge