

110 E. 59TH STREET, FLOOR 23
NEW YORK, NY 10022
TEL: (212) 566-1000

November 27, 2023

**VIA ECF**
Honorable Paul J. Oetken
United States District Judge
40 Foley Square
New York, New York 10007-1312

                Re: *United States v. Vashawn Foreman*
                    Ind. # 23 Cr. 95 (PJO)

Dear Judge Oetken:

    Mr. Foreman was sentenced to a term of 3 years of probation by Your Honor on July 13, 2023. Mr. Foreman was also required to pay restitution and perform several hours of community service. I have spoken to his probation officer, Moises Pena, and he tells me that Mr. Foreman had been fully complying with the terms of his sentence.

    Mr. Foreman is requesting permission to travel to the Dominican Republic from January 11-15, 2024, to celebrate his birthday. I am told that once I make this request to the Court, Probation will provide their position to the request.

    Thank you for your consideration.

Granted.
So ordered.
 12/6/2023

Very Truly Yours,

SULLIVAN|BRILL, LLP
Attorneys for Foreman

By: Steven Brill

J. PAUL OETKEN
United States District Judge